# CRIMINAL COMPLAINT

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | District **ARIZONA** |
| UNITED STATES OF AMERICA<br>V.<br>**Fernando DELGADO-Ornelas**<br>Year of Birth: **1975**<br>Country of Citizenship: **Mexico**<br>**A074 198 893**<br>Case Control # **PTCA100300786** | DOCKET NO.<br><br>FILED ___ LODGED<br>RECEIVED ___ COPY<br>MAR 1 2 2010<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY _____ DEPUTY<br><br>MAGISTRATE CASE NO.<br>**10-01793M** |

Complaint for violation of Title **8**   United States Code § **1326 (b)(2)**

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>United States Magistrate Judge | LOCATION<br>Tucson, Arizona |
|---|---|---|

| DATE OF OFFENSE<br>On or about<br>**March 10, 2010** | PLACE OF OFFENSE<br>At or near<br>**Nogales, Arizona** | ADDRESS OF ACCUSED (if known)<br>**Chihuahua, Mexico** |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:
On or about March 10, 2010, at or near Nogales, Arizona, in the District of Arizona, Fernando DELGADO-Ornelas, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on June 3, 2006, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), enhanced by Title 8, United States Code, Section 1326 (b)(2).

BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:
Fernando DELGADO-Ornelas is a citizen of Mexico. On June 3, 2006, Fernando DELGADO-Ornelas was lawfully denied admission, excluded, deported, and removed from the United States through El Paso, Texas. On March 10, 2010, agents found Fernando DELGADO-Ornelas in the United States at or near Nogales, Arizona. Fernando DELGADO-Ornelas did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THIS CHARGE
Border Patrol Agents(s) **COX, Andrew**

DETENTION REQUESTED
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
AUTHORIZED BY AUSA AEM

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Border Patrol Agent

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE (1) | DATE<br>**March 12, 2010** |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91 (Rev. 11/82)