**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - TUCSON**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 3/16/2010   CASE NUMBER: 10-01793M-(CRP)

USA vs. FERNANDO DELGADO-ORNELAS

U.S. MAGISTRATE JUDGE: MAGISTRATE D. THOMAS FERRARO   Judge #: 70BU

U.S. Attorney Erica McCallum   INTERPRETER REQ'D Juan Radillo

Attorney for Defendant Paul Holbrook for Jennifer Maldonado (Appointed)

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

☐ Complaint Filed ☐ DOA ____   ☐ Warrant Other District   ☐ Financial Afdvt taken
☐ Warrant Phx Div.   ☐ No Financial Afdvt taken
☐ Counsel waives reading of the Complaint/Indictment

☒ Defendant states true name to be SAME. Further proceedings Ordered in defendant's true name.

**MATERIAL WITNESS(ES):** ____
**It is ordered that ___ is appointed as attorney for Material Witness(es).**

PSA recommends detention ; Gov't ☒ concurs ☐ objects

GOVERNMENT recommends detention

☒ Court accepts recommendation by PTS

Bail set at $ ____

☐ Defendant signed Order Setting Conditions of Release and released on ____

| **DETENTION HEARING**: ☒ Held ☐ Cont'd<br>Set for:<br>before: | **PRELIMINARY HEARING**: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☒ Granted ☐ Denied | ☐ Probable cause found ☒ Held to answer before Dist. Court |
| ☒ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| **ARRAIGNMENT** Set for ____ before: ____ | |

OTHER: THE MAGISTRATE CASE REFERRAL IS: JUDGE PYLE. ALL FILINGS IN THIS CASE SHOULD REFLECT THE FOLLOWING CASE NUMBER: 10-01793M-(CRP). Jennifer Maldonado is appointed as attorney of record for defendant.

Recorded by Courtsmart   DH: 0
BY: Gloria McInroy   PH: 0
Deputy Clerk   Atty Appt: 0