DENNIS K. BURKE
United States Attorney
District of Arizona
ERICA ANDERSON MCCALLUM
Assistant U.S. Attorney
State Bar No. 022585
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: erica.mccallum@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Fernando Delgado-Ornelas,<br>aka Fernando O. Delgado,<br><br>Defendant. | CR10-0707 TUC DCB CRP<br><br>**INDICTMENT**<br><br>Violations: 8 U.S.C. § 1326 (enhanced by 8 U.S.C. § 1326(b)(2))<br><br>(Re-Entry After Deportation) |

**THE GRAND JURY CHARGES:**

On or about March 10, 2010, at or near Nogales, in the District of Arizona, Fernando Delgado-Ornelas, aka Fernando O. Delgado, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near El Paso, Texas on or about June 3, 2006, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland

///

1  Security to reapply for admission thereto; in violation of Title 8, United States Code,
2  Section 1326, enhanced by Title 8, United States Code, Section 1326(b)(2).

3
4
5
6
7  DENNIS K. BURKE
   United States Attorney
   District of Arizona
8
9  Assistant U.S. Attorney
10
11
12

REDACTED FOR
PUBLIC DISCLOSURE

25  United States vs. **Fernando Delgado-Ornelas**
    Indictment Page 2
26