**Law Office of
JENNIFER MALDONADO, LLC**
100 N. Stone, #1105
Tucson, AZ 85701
Telephone: (520) 624-3944
Fax: (520) 882-4164
Arizona State Bar No. 019861
Email: Jennifer.Maldonado@azbar.org
Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Fernando Delgado-Ornelas<br><br>    Defendant | CR10-0707-TUC-DCB(CRP)<br><br>**NOTICE OF CHANGE OF PLEA HEARING** |

**PLEASE TAKE NOTICE** that a **Change of Plea Hearing** of defendant, Fernando Delgado-Ornelas, will be heard on September 16, 2010, at 2:00 p.m. before the Honorable Charles Pyle in the United States District Court, 405 W. Congress Street, Tucson, Arizona.

RESPECTFULLY SUBMITTED this 27th day of August, 2010.

Law Office of Jennifer Maldonado, LLC

*S/ Jennifer Maldonado*
Jennifer Maldonado
Attorney for Defendant

Copy served electronically or by other means
this 27th day of August, 2010 to:

Erica McCallum
Assistant U.S. Attorney

.