IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
          FILED ____ LODGED
          RECEIVED ____ COPY
            SEP 1 6 2010
          CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
      BY_____DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR 10-00707-TUC-DCB (CRP) |
| vs. ) | |
| ) | CONSENT OF DEFENDANT |
| Fernando Delgado-Ornelas ) | AND |
| ) | ORDER OF REFERRAL |
| Defendant. ) | |

## ORDER OF REFERRAL

Defendant Fernando Delgado-Ornelas having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge Pyle to administer the allocution pursuant to Rule 11, F.R.Crim.P., and to make findings as follows:

(A) whether defendant (1) is competent to enter a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:

(B) whether the plea of guilty should be accepted by the District Court.

The Magistrate Judge is requested to use the allocution drafted and used by the Court in taking a guilty plea.

SO ORDERED:

_____
U.S. District Judge

## CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge.

I consent to the above referral:

_____
Defendant

_____          _____
Counsel for Defendant              Assistant U.S. Attorney

DATE: 09/16/10