# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Tucson                                          **CRIMINAL MINUTES**

CR 10-00707-001-TUC-DCB(CRP)                                   Date: 3/14/2011
CASE NUMBER

Hon. DAVID S. DOTY, Senior United States District Judge        Judge #: 6416

USA v. FERNANDO DELGADO-ORNELAS

DEFENDANT: ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Writ

Deputy Clerk: Patricia McGinty              ECRO: Silvia Guzman
U.S. Atty: Erica McCallum                   Intrptr: Laura Garcia-Hein
Dft Atty: Jennifer Maldonado, (Appointed)   ☒ Present

---

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

### JUDGMENT    [SENTENCE]

☐ Defendant is placed on probation for a period of _____
   on Cts(s) __   ☐ with supervision  ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of **46 Months** on **the Indictment**

☒ Supervised release term of **3 Years** by law on **the Indictment**

☐ Fine of **$0** on Ct(s) **1**                              TOTAL FINE **$0**

☐ Restitution of **$0** ordered pursuant to 1:3580

☒ Special Assessment of **$100.00** pursuant to 18:3013 on **the Indictment**

☐ On Motion of U.S. Atty: Ct(s) _____

☐ Order bond exonerated              ☐ Bond exonerated upon surrender to USM

☐ Dft advised of right to appeal     ☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☐ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☒ Addt'l conditions probation/supervised release: **If deported, you shall not re-enter the United States without legal authorization.**

---

☐ Other: _____

                                                           Sentencing: **17 min.**