Fernando Delgado-Ornelas #95890-208
C C A  POB  6300
Florence, AZ 85132



March 15, 2011

Clerk Of Court, Richard Ware
405 W. Congress St., Suite 1500
Tucson, AZ 85701

**RE: CR 10-0707 TUC_DCB(CPR)   INEFFECTIVE ASSISTANCE OF COUNSEL CLAIM**

Dear Clerk,

This is my FORMAL CLAIM FOR INEFFECTIVE ASSISTANCE OF COUNSEL to be file on my case, within 7 seven days of final Judgement (sentence).

I would like appeal to my sentence imposed on March 14, 2011. My attorney did not explain me that by signing the Plea Agreement I was waiving my Right to Appeal my sentence. Matter of fact, I do not have a copy of my Plea Agreement neither copy of my PSRI recomendation.

Therefore, I respectfully pray to the court to admit my complaint and docket it as received on time.

Respectfully Submitted

*Fernando Delgado Ornelas*
Fernando Delgado Ornelas

Fernando Delgado Ornelas #95890-208
C C A POb 6300
Florence, AZ 85132

LEGAL MAIL
"inmate's mail box apply"
Houston v. Lack, 487 US 266 (1988)

Clerk Of Court
405 W. Congress ST. Suite 1500
Tucson, AZ 85701

