

Fernando Delgado Ornelas #95890-208
C C A  POB  6300
Florence, AZ  85132

March 16, 2011

Clerk Of Court, Deputy Clerk Michelle Mejia
405 W. CONGRESS ST. Suite 1500
Tucson, AZ 85701
]
RE:CR: 10-0707 PHX-JAT           **NOTICE OF APPEAL**

Dear Clerk,

I would like to appeal my sentence imposed to me on March 14, 2011.

    I signed a plea agreement without knowing I was waiving my right to appeal.  I filed a complaint with this court (timely) against my attorney Jennifer Maldonado.

    Respectfully Submitted

_____

Sincerely

*Fernando Delgado Ornelas*
Fernando Delgado Ornelas

Fernando Delgado Ornelas #95890-208
C C A   POB  6300
Florence, AZ 85132

LEGAL MAIL
"inmate's mail box apply"
Houston v. Lack, 487 US 266(1988)

MAR 22 2011

8570135010

Clerk of Court
U.S. Courthouse
405 W. Congress St. Suite 1500
Tucson, AZ 85701